UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
               :

MICHELLE DAY,           :

               :

       Plaintiff,     :    26-CV-3670 (JMF)

               :

   -v-          :     ORDER

               :

DOTDASH MEREDITH INC., *d/b/a People Magazine*, :

               :

       Defendant.    :

               :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On May 4, 2026, this case was transferred to this Court from the U.S. District Court for the Central District of California.  *See* ECF No. 36.  Thereafter, consistent with the Court's May 6, 2026 Order, *see* ECF No. 28, the parties filed post-transfer letters updating the Court on the status of the litigation and proposing next steps, *see* ECF Nos. 40-41.  In light of those letters, the litigation shall proceed as follows:

First, as Defendant no longer contests personal jurisdiction or venue, ECF No. 40, at 2, Defendants' pre-transfer motion to dismiss the Complaint pursuant to Rules 12(b)(2) and (b)(3) of the Federal Rules of Civil Procedure, *see* ECF No. 25, is DENIED as moot.  Accordingly, Defendant shall file any responsive papers to the Complaint **no later than June 9, 2026.**

Second, given the parties' interest in a settlement conference before the assigned Magistrate Judge, ECF No. 40, at 3; ECF No. 41, at 2, by separate Order filed today, the Court will refer this case to Magistrate Judge Barbara C. Moses for settlement purposes.

Finally, consistent with the parties' requests for a discovery schedule, ECF No. 40, at 3; ECF No. 41, at 3, by separate Order filed today, the Court will schedule an initial pretrial conference to set a schedule for the case.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

   SO ORDERED.

Dated: May 26, 2026       _____
   New York, New York      JESSE M. FURMAN
             United States District Judge