USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/24/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE DAY,

        Plaintiff,

    -against-

DOTDASH MEREDITH INC.,

        Defendant.

26-CV-3670 (JMF) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' ex parte settlement letters, received in advance of the settlement conference scheduled to take place, in person, in Courtroom 20A on July 1, 2026. Given that no formal discovery has yet taken place, and in hopes of making the conference as productive as possible, the parties are directed to bring the following documents with them (if within their possession, custody, and control) to the conference:

1. Any licenses or permissions granted by plaintiff for use of the subject photograph (the Photograph) *other than* the "special edition license" and "regular issue permission" attached to the Complaint, *see* Compl. (Dkt. 1) ¶ 12 & Exs. A, B;

2. Documents sufficient to show the fees earned by plaintiff from licensing the Photograph;

3. Documents supporting plaintiff's claim that defendants removed or omitted copyright management information regarding the Photograph, *see* Compl. ¶ 34;

4. Documents supporting plaintiff's claim that the Photograph remained publicly available on one or more of defendant's platforms after plaintiff sent her January 9, 2024 cease-and-desist notice; and

5. Documents sufficient to show when defendant took down the unauthorized copies of the Photograph alleged by plaintiff, *see* Compl. ¶¶ 15-33.

Defendant is directed to promptly serve this Order upon the pro se plaintiff by email (*see* Dkt. 1 at 9) and file proof of such service on the docket.

Dated: New York, New York
     June 24, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**